IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3034 |
| v. | ) | |
| MACHELLE R. SANCHEZ, | ) | ORDER TO REMAIN ON RELEASE |
| Defendant. | ) | |

On November 17, 2008, I sentenced the defendant to the custody of the United States Bureau of Prisons for a term of 60 months, among other provisions, and directed that she would continue on release under the same terms and conditions previously ordered and not to report to the custody of the United States Marshal until further order of the court.

The defendant admitted using a controlled substance on or about September 4, 2009.

IT IS ORDERED that she shall remain on release under the same terms and conditions that she has been on since February 27, 2008, until further order of the court, with a warning that any future possession or use of a controlled substance shall result in her being incarcerated to serve her sentence set November 17, 2008. She shall be entitled to credit on her sentence for 8 days served from September 22 to September 29, 2009.

Dated September 29, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge