IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3034 |
| | ) | |
| v. | ) | |
| | ) | |
| MACHELLE R. SANCHEZ, | ) | ORDER GRANTING ORAL MOTION TO |
| | ) | RESCHEDULE RULE 35(b) HEARING |
| Defendant. | ) | |
| | ) | |

During a telephone conference with chambers, Special Assistant United States Attorney Matthew Molsen orally requested that the Rule 35(b) hearing be rescheduled. Counsel for the defendant expressed no opposition.

IT THEREFORE IS ORDERED that:

1. the oral motion, docket entry 56, is granted;

2. the Rule 35(b) hearing is rescheduled and shall commence at 11:00 a.m. on February 16, 2010, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant's counsel has indicated the defendant will be present for the hearing.

Dated January 19, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge