IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3034 |
| | ) | |
| v. | ) | |
| | ) | |
| MACHELLE R. SANCHEZ, | ) | ORDER GRANTING MOTION TO SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Seal, filing 58, is granted.

Dated February 8, 2010.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge